AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)                FILED

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

2020 JAN 23  PM 12:33

CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

AMADOU WANE )
_Plaintiff/Petitioner_ )
v.  )  Civil Action No.
SOKONA DIALLO, PIMAP LLC, LADYMIND HOOKHAH )
_Defendant/Respondent_ )

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. _If incarcerated._ I am being held at: _____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. _If not incarcerated._ If I am employed, my employer's name and address are:
SYNIVERSE 8125 Highwoods Palm Way, Tampa, FL 33647

My gross pay or wages are:  $ _____4,071.00__ , and my take-home pay or wages are:  $ _____3,074.00 per

_(specify pay period)_ ____Every 2 weeks____ .

3. _Other Income._ In the past 12 months, I have received income from the following sources _(check all that apply)_:

(a) Business, profession, or other self-employment    ☐ Yes    ☑ No
(b) Rent payments, interest, or dividends             ☐ Yes    ☑ No
(c) Pension, annuity, or life insurance payments      ☐ Yes    ☑ No
(d) Disability, or worker's compensation payments     ☐ Yes    ☑ No
(e) Gifts, or inheritances                            ☐ Yes    ☑ No
(f) Any other sources                                 ☐ Yes    ☑ No

_If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future._

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

    4. Amount of money that I have in cash or in a checking or savings account:  $ _____ 200.00 .

    5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

A Honda accord (still unpaid).

    6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

Rent = 2500; Food= 800; Gas=100; Phone=60; Electricity=250; Cable=150
Student Loan=400; Car Payment=518; Water=120
Debt=200; Kids College Tuitions=500 TOTAL= $5598

    7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

Fatou Wane: Full support
Oumar Wane: Full support
IW: Full support
TW: Full support

    8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

Student loans: $98,000

    *Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: _____ 01/22/2020 _____

                                                             *Applicant's signature*

                                                          AMADOU WANE
                                                          *Printed name*