UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AMADOU WANE,

    Plaintiff,

v.   Case No. 8:20-cv-171-T-02CPT

SOKONA DIALLO, et al.

    Defendants.
_____/

**O R D E R**

Before the Court is the Plaintiff's *Application to Proceed in District Court Without Prepaying Fees or Costs* (Doc. 2), which the Court construes as a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Upon review of the Plaintiff's Application and accompanying complaint (Doc. 1), it is hereby ORDERED:

    1.    The Plaintiff's construed motion to proceed *in forma pauperis* (Doc. 2) is granted.

    2.    The Plaintiff is directed to complete and return the "Summons in a Civil Action" and the "USM-285" forms to the Clerk within twenty (20) days,[1] whereupon the United States Marshal is directed to serve the appropriate parties.

---

[1] Both of these forms can be found by clicking on the "Filing a Case" heading on this Court's website at http://www.flmd.uscourts.gov, and then going to the "Forms" tab. The "Summons in a Civil Action," form AO 440, is provided under the "Filing a Case Forms" section. The "USM-285" form is provided under the "Marshal Forms" section. If the Plaintiff does not have access to the internet to download these forms, the Plaintiff may obtain the forms by contacting the Clerk's Office at 813.301.5400.

DONE and ORDERED in Tampa, Florida, this 30th day of January 2020.

*[signature]*
HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge

Copies to:
*Pro se* Plaintiff