UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AMADOU WANE
*Plaintiff,*

vs.

SOKONA DIALLO,
LADY MIND HOOKAH,
PIMAP LLC,
*Defendants.*

CASE NO: 8:20-cv-00171-WFJ-CPT

## SUMMONS IN A CIVIL ACTION

To:   SOKONA DIALLO
5280 Caroline Street APT 2203, Houston, TX 77004-5887

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: AMADOU WANE 13046 Race Track Rd. #118 Tampa, FL 33626

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2-4-2020

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AMADOU WANE
*Plaintiff,*

vs.

SOKONA DIALLO,
LADY MIND HOOKAH,
PIMAP LLC,
*Defendants.*

CASE NO: 8:20-cv-00171-WFJ-CPT

## SUMMONS IN A CIVIL ACTION

To:   PIMAP LLC  (SOKONA DIALLO as Agent)
      5280 Caroline Street APT 2203, Houston, TX 77004-5887

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: AMADOU WANE 13046 Race Track Rd. #118 Tampa, FL 33626

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2-4-2020

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

AMADOU WANE
*Plaintiff,*

vs.

SOKONA DIALLO,
LADY MIND HOOKAH,
PIMAP LLC,
*Defendants.*

CASE NO: 8:20-cv-00171-WFJ-CPT

## SUMMONS IN A CIVIL ACTION

To:    LADY MIND HOOKAH (SOKONA DIALLO as Agent)
       5280 Caroline Street APT 2203, Houston, TX 77004-5887

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: AMADOU WANE 13046 Race Track Rd. #118 Tampa, FL 33626

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2-4-2020