# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

AMADOU WANE,

    Plaintiff,

v.                                              CASE NO. 8:20-cv-171-T-02CPT

SOKONA DIALLO, PIMAP, LLC
and LADY MIND HOOKAH,

    Defendants.
_____/

## ORDER

Upon due consideration of Plaintiff's Motion to File Electronically (Dkt. 7), the motion is granted.  Plaintiff shall complete and return to the Clerk's office the registration form appearing on the court's website at www.flmd.uscourts.gov.  Plaintiff must strictly comply with the Local Rules of Civil Procedure, the Federal Rules of Civil Procedure, and the Administrative Procedures for Electronic Filing, or this privilege will be revoked.  Plaintiff is directed to review these rules prior to filing any document on CM/ECF.  Plaintiff's permission to file electronically will be rescinded at the conclusion of this case and the password terminated.

**DONE AND ORDERED** at Tampa, Florida, on February 12, 2020.

                                                  *s/William F. Jung*
                                                  **WILLIAM F. JUNG**
                                                  **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record and unrepresented parties