**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| AMADOU WANE | 8:20-cv-00171-WFJ-CPT |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| SOKONA DIALLO, et al. | SUMMONS, COMPLAINT |

Received U.S. Marshal 2020 FEB 28 PM 4:40 SOUTHERN DIST. OF TX

8:20-CV-171-T-02 CPT

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
LADY MIND HOOKAH
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
5280 Caroline Street Apt 2203 Houston TX 77004-5887

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

AMADOU WANE
13046 RACETRACK RD. #118
TAMPA, FL 33626

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 3
Check for service on U.S.A.

FILED 2020 MAR 12 PM 12:25 CLERK US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA TAMPA FLORIDA

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Sokona Diallo is agent for the defendant. She is home in the morning and early afternoon. She works at a nightclub (9366 Richmond Avenue, Houston) from 2AM to 6AM. Her Phone: (346) 446-0147.

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 813-343-0438
DATE: 01/30/2020

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 3 | No. 18 | No. 79 | Jeff Lavallee | 2/25/20 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): O.J. Lawal

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above): 515 Rusk St, CR #6202 Houston TX 77002

Date: 3/3/2020  Time: 1:30 pm

Signature of U.S. Marshal or Deputy: MIEWE J641

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65.00 | N/A | 8 | $73.00 | | 0 |

REMARKS: ACCOMPANIED SRUC no mileage

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13