**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>AMADOU WANE | COURT CASE NUMBER<br>8:20-cv-00171-WFJ-CPT |
|---|---|
| DEFENDANT<br>SOKONA DIALLO, et al | TYPE OF PROCESS<br>SUMMONS, COMPLAINT  8:20-cv-171-T-02CPT |

RECEIVED UNITED STATES MARSHAL
2020 FEB 28 PM 4:40
SOUTHERN DIST. of TX

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
PIMAP LLC
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
5280 Caroline Street Apt 2203 Houston TX 77004-5887

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

AMADOU WANE
13046 RACETRACK RD. #118
TAMPA, FL 33626

| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Sokona Diallo is agent for the defendant. She is home in the morning and early afternoon. She works at a nightclub (6366 Richmond Avenue, Houston) from 2AM to 6AM. Her Phone: (346) 446-0147.

CLERK US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA TAMPA FLORIDA 2020 MAR 12 PM 12:22 FILED CRH

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 813-343-0438
DATE: 01/30/2020

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process: 23 | District of Origin No. 18 | District to Serve No. 79 | Signature of Authorized USMS Deputy or Clerk: Jeff Lavallee | Date: 2/25/20 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): O. J. Lawal
☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above):
575 RUSK ST, CR #6202
HOUSTON, TX 77002

Date: 3/3/2020  Time: 1:36 ☐ am ☒ pm
Signature of U.S. Marshal or Deputy: Martin 3941

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65.00 | N/A | 8 | $77.00 | | 0 |

REMARKS: accompanied srvc, no mileage

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT* To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED



Form USM 285
Rev. 11/13