UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AMADOU WANE
    Plaintiff,

CASE NO: 8:20-cv-00171-WFJ-CPT

Vs.

SOKONA DIALLO,
LADY MIND HOOKAH,
PIMAP LLC,
    Defendants.
_____/

### DEFENDANT'S ANSWER TO COMPLAINT

Defendant, Sokona Diallo, by and through her undersigned counsel responds to the complaint, and states:

1. Denied.
2. Denied.
3. Denied.
4. Denied.
5. Denied.
6. Denied.

### GENERAL ALLEGATIONS

### THE PARTIES & NON-PARTIES

7. Denied.
8. Admitted to first address, denied as to second address.
9. Admitted.
10. Denied.

11. Denied.

12. Denied.

13. Denied.

### Reservation to Name Additional Defendants

14. Denied.

### JURISDICTION AND VENUE

15. Denied.

16. Admitted.

### FACTUAL ALLEGATIONS APPLICABLE TO ALL COUNTS

17. Denied.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

22. Denied.

23. Denied.

24. Denied.

25. Admitted.

26. Denied.

27. Denied.

28. Denied.

29. Denied.

30. Denied.

31. Denied.
32. Denied.
33. Denied.
34. Denied.

### Fictitious Person: Katie

35. Denied.
36. Denied.
37. Denied.
38. Denied.

### Fictitious Person: John Sorge

39. Denied.
40. Denied.
41. Denied.
42. Denied.
43. Denied
44. Denied.

### Fictitious Port Storage Lease

45. Denied.
46. Denied.
47. Denied.
48. Denied.
49. Denied.
50. Denied.

### Fake Hospitalization

51. Denied.
52. Denied.
53. Denied.
54. Denied.
55. Denied.
56. Denied.
57. Denied.
58. Denied.
59. Denied.
60. Denied.

### FIRST CAUSE OF ACTION

61. See answers to paragraphs 1-60.
62. Denied.
63. Denied.
64. Denied.
65. Denied.
66. Denied.

### SECOND CAUSE OF ACTION

### BREACH OF CONTRACT AND COVENANT OF GOOD FAITH AND FAIR DEALING

67. See answers to paragraphs 1-60.
68. Denied.
69. Denied.

70. Denied.

71. Denied.

72. Denied.

### THIRD CAUSE OF ACTION

### FRAUDULENT MISREPRESENTATION

73. See answers to paragraphs 1-60.

74. Denied.

75. Denied.

76. Denied.

77. Denied.

78. Denied.

79. Denied.

80. Denied.

### FOURTH CAUSE OF ACTION

### UNJUST ENRICHMENT

81. See the answers to paragraphs 1-60.

82. Denied.

83. Denied.

84. Denied.

85. Denied.

86. Denied.

### FIFTH CAUSE OF ACTION

### CONVERSION

87. See answers to paragraphs 1-60.

88. Denied.

89. Denied.

90. Denied.

91. Denied.

Respectfully Submitted.

_____
**FEHINTOLA OGUNTEBI**
1904 West Cass Street
Tampa, Florida 33606
(813) 254-8717
kemi@oguntebilaw.com
Florida Bar # 049042
Attorney for Defendants

### CERTIFICATE OF SERVICE

I certify that a copy of the Defendants Answer to Complaint has been served by U.S. Mail to Amadou Wane, at 13046 Racetract Rd., #118, Tampa, Florida 33626, on this 15th day of April 2020.

_____
**FEHINTOLA OGUNTEBI**