UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AMADOU WANE
    Plaintiff,

CASE NO: 8:20-cv-00171-WFJ-CPT

Vs.

SOKONA DIALLO,
LADY MIND HOOKAH,
PIMAP LLC,
    Defendants.
_____/

**DEFENDANT'S RESPONSE TO PLAINTIFF'S FIRST REQUEST
FOR ADMISSIONS**

Defendant, Sokona Diallo, by and through her undersigned counsel responds to the first request for admissions and states:

1. No, denied.
2. No. denied.
3. No, denied.
4. No, denied.
5. Denied.
6. Denied.
7. Denied.
8. Denied.
9. Denied.
10. Denied.
11. Denied.
12. Denied.

13. Denied.

14. Denied.

15. Denied.

16. Denied.

17. Denied.

18. Denied.

19. No.

20. No.

21. Not responding, protected by HIPPA.

22. Denied.

Respectfully Submitted.

*/s/ Fehintola Oguntebi*

**FEHINTOLA OGUNTEBI**
1904 West Cass Street
Tampa, Florida 33606
(813) 254-8717
kemi@oguntebilaw.com
Florida Bar # 049042
Attorney for Defendant

### CERTIFICATE OF SERVICE

I certify that a copy of the Defendant's Response to Plaintiff's First Request for Admissions has been served via email to Amadou Wane, at amadou@amadouwane.com, and CM/ECF system, on this 18th day of June 2020.

*/s/ Fehintola Oguntebi*
**FEHINTOLA OGUNTEBI**