UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AMADOU WANE
*Plaintiff,*

vs.

CASE NO: 8:20-CV-00171-WFJ-CPT

SOKONA DIALLO,
LADY MIND HOOKAH,
PIMAP LLC,
738 Lounge LLC
*Defendants.*

## DEFENDANTS' NOTICE OF APPEAL

Notice is hereby given that **Sokona Diallo, Lady Mind Hookah, Pimap, LLC and 738 Lounge LLC** (collectively, "Defendants") in the above named case, hereby appeal to the United States Court of Appeals for the Middle District of Florida Tampa Division's endorsed order denying Defendants' motion for new trial entered in this action on the 24th day of June, 2021.

*SOKONA DIALLO*
Sokona Diallo
*Pro Se* Defendant
5280 Caroline Street #2203
Houston, TX 77004
soukirichard@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of July 2021, a true and correct copy of the foregoing will be filed with the Clerk of Court by using Federal Express (FedEx), notice via electronic filing to Plaintiff, Amadou Wane 13046 Racetrack Rd. #118, Tampa, FL 33626 Tel: (813) 343-0438, by transmission to amadou.wane@pimapllc.com.

*SOKONA DIALLO*
Sokona Diallo
*Pro Se* Defendant
5280 Caroline Street #2203
Houston, TX 77004
soukirichard@gmail.com

S. Diallo
5280 Caroline Street
Apt # 2203
Houston, TX 77004

U.S. District Court
Middle District of Florida
Tampa Division
801 N. Florida Ave
Tampa, Florida 33602
Attn: District Clerk

ORIGIN ID:NQTA (281) 965-7828
S DIALCO
5280 CAROLINE ST
APT 2203
HOUSTON, TX 77004
UNITED STATES US

SHIP DATE: 23JUL21
ACTWGT: 0.10 LB
CAD: 6986666/SSF02202

TO **US DISTRICT COURT**
**ATTN: DISTRICT CLERK**
**801 N FLORIDA AVE**

**TAMPA FL 33602**
(813) 301-5340   REF:
INV:
PO:                 DEPT:

FedEx Express
E

TRK# 2817 9605 8570   SATURDAY 12:00P
0201                  PRIORITY OVERNIGHT

XO KYOA               33602
                      FL-US  TPA

FedEx
RE ATP
24JUL21 09:29    Pcs: 1   1 of 1
                 FID: 3738948   Rt#: 339
Attempted Delivery: 09:29 Reattempt Delivery By: 16:00 on 26JUL
Recpt Addr: 801 N FLORIDA AVE
Reason Not Left: BUSINESS CLOSED
Pkg Trk(s)#:
281796058570

FedEx Saturday Delivery SDR
151967 REV 5/20

