UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| AMADOU WANE<br>*Plaintiff,*<br><br>vs.<br><br>SOKONA DIALLO<br>LADY MIND HOOKAH<br>PIMAP LLC, 1738 LOUNGE LLC<br>*Defendants.* | CASE NO: 8:20-cv-00171-WFJ-CPT<br><br>**CREDITOR'S MOTION TO COMPEL DEBTOR TO PRODUCE DOCUMENTS** |

Plaintiff AMADOU WANE, hereby requests an order compelling Defendant SOKONA DIALLO to produce requested documents. In support, Plaintiff states:

*Federal Rules of Civil Procedure* 69(a)(2) mandates that "[i]n aid of the judgment or execution, the judgment creditor or a successor in interest whose interest appears of record may obtain discovery from any person –including the judgment debtor –as provided in these rules or by the procedure of the state where the court is located."

1. On May 05, 2021, for the matter titled Amadou Wane v. Sokona Diallo, et al., the Honorable William F. Jung entered an order on Plaintiff's Motion for Summary Judgment against Defendants (Doc. 129). The Court directed the Clerk to enter judgment in favor of Plaintiff for the amount of $325,149.75, jointly and severally (Doc. 130).

2. On September 13, 2021 Plaintiff sent his Request for Production of Documents (Exhibit-1).

3. As of today, Defendant/Debtor has not responded to the Request for Production, nor has she requested an extension of time.

**WHEREFORE** Plaintiff respectfully requests this Court to compel Defendant Diallo to produce the documents requested and for any further relief that this Court deems just and proper.

Respectfully submitted, this 26 day of October 2021

/s/Amadou Wane
Amadou Wane

### Rule 3.01(g). M.D. Fla. L.R. CERTIFICATION

I hereby certify that Plaintiff has attempted to confer with Defendant in good-faith effort to resolve the issue raised in this Motion, but to no avail.

/s/Amadou Wane
Amadou Wane

### Federal Rule of Civil Procedure 37(a)(1) CERTIFICATION

Plaintiff has in good faith attempted to confer with Defendant in an effort to obtain her deposition without Court intervention, but to no avail; therefore Plaintiff is forced to file this Motion.

/s/Amadou Wane
Amadou Wane

### CERTIFICATE OF SERVICE

I hereby certify that I have this date served via US mail the foregoing to Sokona Diallo at 5280 Caroline Street Apt 2203 Houston TX 77004-5887.

/s/Amadou Wane
Amadou Wane
13046 Racetrack Rd. #118
Tampa, FL 33626
(813) 343-0438
amadou.wane@pimapllc.com