# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| AMADOU WANE<br>*Plaintiff,*<br><br>vs.<br><br>SOKONA DIALLO,<br>LADY MIND HOOKAH,<br>PIMAP LLC,<br>*Defendants.* | CASE NO: 8:20-cv-00171-WFJ-CPT<br><br>**PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS IN AID OF EXECUTION** |

Plaintiff AMADOU WANE requests that Defendant SOKONA DIALLO produces the following documents in connection with this matter. If an objection is made, please state the reason for the objection. If denying the matter, please set forth in detail the reasons why Defendant cannot produce such documentation.

For the purpose of this Request, the following definitions shall apply:
"Defendant" shall refer to the party being sued in this action.
"Document" includes any written, recorded, electronic, or graphic matter, however produced or reproduced, that is or was ever in the possession, custody, or control of the Defendant.
"Document" includes the originals and all drafts and copies which differ in any respect from the original.
"Document" includes all of the above materials, whether privileged or not. If any of the documents designated below are withheld on the grounds of privilege or work product, such document should be identified by author, recipient, date, and nature of the document. With respect to any document designated below which was once, but is no longer, in the Defendant's possession, custody, or control, please indicate the date the document ceased to be in the Defendant's possession, custody, or control, the manner in which it ceased, and the name and address of its present custodian. If the document is responsive to more than one request, it needs

to be produced only once, but the written response should identify all the requests to which it is responsive.

## **REQUEST FOR PRODUCTION OF DOCUMENTS**

a. Driver's License.
b. Social Security Card.
c. Marriage License.
d. Credit Cards.
e. All cash, precious metals such as gold, silver or platinum.
f. Employment and paycheck stubs or proof of income.
g. All income from any source.
h. All personal and business accounts with unredacted statements for the period of 2021.
i. All life insurance payouts.
j. All investments, including but not limited to stocks, bonds, ETFs, mutual funds, real property, or business, with unredacted statements or agreements for confirmation of ownership, account numbers, address(es), and contact information.
k. All deeds or trusts to all real property.
l. All titles to automobiles, recreational vehicles, boats, planes, etc.
m. All personal property including but not limited to watches, electronics, or jewelry purchased for over $1,000.
n. All articles of incorporation for all businesses owned or with an interest in.
o. All business licenses.

Dated, this 9 day of September 2021

*Amadou Wane* (signature)

/s/Amadou Wane
Amadou Wane
13046 Racetrack Rd. #118
Tampa, FL 33626
(813) 343-0438
amadou.wane@pimapllc.com

## Certificate of Service

I hereby certify that I have this date served via US mail the foregoing to Sokona Diallo at 5280 Caroline Street Apt 2203 Houston TX 77004-5887.

*Amadou Wane* (signature)

/s/Amadou Wane
Amadou Wane
13046 Racetrack Rd. #118
Tampa, FL 33626
(813) 343-0438
amadou.wane@pimapllc.com