# VERIFIED RETURN OF SERVICE

Job # 316580

**Client Info:**

AMADOU WANE
13046 RACE TRACK ROAD
NO. 118
TAMPA, FL 33626

**Case Info:**

**PLAINTIFF:**
AMADOU WANE
-versus-
**DEFENDANT:**
SOKONA DIALLO LADY MIND HOOKAH PIMAP LLC, 1738 LOUNGE LLC

UNITED STATES DISTRICT COURT
Court Division: MIDDLE DISTRICT OF FLORIDA
County of Hillsborough, Florida
Court Case # 8:20-cv-00171-WFJ-CPT

**Service Info:**

Date Received: 11/2/2021 at 04:12 PM
Service: I Served **BANK OF AMERICA N.A.**
With: **WRIT OF GARNISHMENT**

Location(s):
[ ] Business 13080 RACE TRACK ROAD Tampa, FL 33626
[X] Business CT Corp. 1200 S Pine Island Rd #250 Plantation, FL 33324

On 11/5/21 at 12:00 ( am / pm )

[ ] Government Agency:
[ ] Corporate service at place of business: to: Donna Moch - Manager for RA
[X] Corporate service upon registered agent: Donna Moch - Manager for RA
[ ] Corporate service substitute at residence: to: _____ as _____
[ ] Corporate service substitute at registered agent's residence: _____ as _____
[ ] Other: _____
[ ] Non-service: After due search, careful inquiry and diligent attempts at the address(es) listed below, I have been unable to effect the process upon the person/entity being served because of the following reason(s):

Served Description: (Approx)
Age 50, Sex: F, Race: W, Height 5'2", Weight 140, Hair: brown, Glasses: N

I Amy Roby acknowledge that I am authorized to serve process, in good standing in the jurisdiction wherein the process was served and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true. FS.92.525(2).

Signature of Server: _____
Process Server: Amy Roby, Lic # 443
S & W Process Service
2801 N. FLORIDA AVENUE
Tampa, FL 33602
Phone: (813) 251-9197

Our Job # **316580**


