# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

AMANDOU WANE,

    Plaintiff,

v.                         CASE NO. 8:20-cv-171-WFJ-CPT

SOKONA DIALLO, *et al.*,

    Defendant,
_____/

BANK OF AMERICA, N.A.,

    Garnishee.
_____/

## **ORDER**

Before the Court is Plaintiff's Motion for Entry of Final Judgment in Garnishment against Bank of America, N.A. (Dkt. 154) and the well-reasoned report issued by United States Magistrate Judge Tuite recommending the motion be granted (Dkt. 165). The time for filing objections has passed. After an independent review of the file, the Court **ORDERS** as follows:

1. The Report and Recommendation (Dkt. 165) is adopted, affirmed, and approved in all respects and is made a part of this order for all purposes.

2. Plaintiff's motion (Dkt. 154) is granted.

    3.   The Clerk of Court shall enter a final judgment of garnishment in favor of Mr. Wane and against Garnishee Bank of America, N.A. in the amount of $68.29.

    **DONE AND ORDERED** at Tampa, Florida, on February 15, 2022.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**Copies furnished to**:
Counsel of record
Plaintiff, *pro se*